IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MANUEL ALEMAN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>JM RESTAURANT, LLC, )<br>*d/b/a Jasmine Garden Restaurant*, )<br>)<br>Defendant. )<br>) | Civil Action No. 1:17-cv-00134 (AJT/MSN) |

## ORDER

Pending before the Court is the parties' Joint Motion for Approval of Settlement Agreement [Doc. No. 13] (the "Motion"). Upon consideration of the Motion, having reviewed the Confidential Settlement Agreement, and being satisfied that the settlement is fair and reasonable, *see Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), it is hereby

ORDERED that the parties' Joint Motion for Approval of Settlement Agreement [Doc. No. 13] be, and the same hereby is, GRANTED, and the Confidential Settlement Agreement and General Release is APPROVED; and it is further

ORDERED that Plaintiffs' Amended Complaint [Doc. No. 6] be, and the same hereby is, DISMISSED with prejudice.

The Clerk is directed to forward a copy of this Order to all counsel of record and to enter judgement in favor of the defendant under Federal Rule of Civil Procedure 58.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 20, 2017