# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| Manuel Aleman, et al )</br>)</br>Plaintiff, )</br>)</br>v. )</br>)</br>)</br>JM Restaurant, LLC, et al )</br>)</br>Defendant. ) | Civil Action No. 1:17-cv-00134</br>(AJT/MSN) |

## **JUDGMENT**

Pursuant to the order of this Court entered on 06/20/2017 and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of the Defendants JM Restaurant LLC and Rachel Tse.

FERNANDO GALINDO, CLERK OF COURT

By: /s/
Judith Lanham
Deputy Clerk

Dated: 06/20/2017
Alexandria, Virginia